# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.          Crim. No. 4:12-CR-84-7BO

**LAKISHA MONYETTE BROWN**

On May 23, 2013, the above named was placed on a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Dwayne K. Benfield  
> Dwayne K. Benfield  
> Supervising U.S. Probation Officer  
> 201 South Evans Street, Rm 214  
> Greenville, NC 27858-1137  
> Phone: 252-830-2336  
> Executed On: October 26, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **26** day of **October**, 2015.

Terrence W. Boyle  
U.S. District Judge